**Dismissed and Opinion Filed May 2, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00357-CR
No. 05-17-00358-CR

**DAMEON DARAE WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F15-54035-X & F17-51970-X**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Evans
Opinion by Justice Bridges

Dameon Darae Wilson filed his notice of appeal in these cases on April 10, 2017, complaining of a March 28, 2017 "conviction." A review of appeal number 05-17-00357-CR shows appellant pleaded nolo contendere to the charge of theft of property and was placed on deferred adjudication in June 2016. On March 28, 2017, the trial court signed an order modifying the conditions of appellant's community supervision. In appeal number 05-17-00358-CR, appellant was arraigned in February 2017 on a charge of family violence but to date, he has not been tried or convicted of that offense. We dismiss these appeals for lack of jurisdiction.

As a general rule, an appellate court may consider appeals by criminal defendants only after conviction. *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.–Dallas 1998, no pet.). With regard to deferred adjudication, the Texas Legislature authorized appeal of only two types of

orders: (1) an order granting deferred adjudication, and (2) an order imposing punishment pursuant to an adjudication of guilt. *Davis v. State*, 195 S.W.3d 708, 711 (Tex. Crim. App. 2006). Orders modifying the terms or conditions of deferred adjudication are not appealable. *Id.*

Here, there are no judgments of conviction. In appeal number 05-17-00357-CR, the trial court continued appellant on deferred adjudication; in appeal number 05-17-00358-CR, appellant has not (1) entered a plea, (2) been tried for the offense, or (3) been found guilty. Under these circumstances, we conclude we do not have jurisdiction. *See id.*

We dismiss these appeals for lack of jurisdiction.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
170357F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAMEON DARAE WILSON, Appellant

No. 05-17-00357-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 6, Dallas County, Texas
Trial Court Cause No. F15-54035-X.
Opinion delivered by Justice Bridges,
Justices Lang-Miers and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered May 2, 2017.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DAMEON DARAE WILSON, Appellant

No. 05-17-00358-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 6, Dallas County, Texas
Trial Court Cause No. F17-51970-X.
Opinion delivered by Justice Bridges, Justices Lang-Miers and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered May 2, 2017.